IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SKEETER RAY EVANS,

        Plaintiff,                     No. CIV S-11-1247 EFB P

     vs.

HIGH DESERT STATE PRISON,

        Defendant.               ORDER

       Plaintiff is confined to a county jail and proceeds without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

       On August 23, 2011, the court dismissed plaintiff's complaint with leave to amend.  The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint may result in this action being dismissed.

////

////

////

1

The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.[1]

Accordingly, it is hereby ordered that this action is DISMISSED. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110, 183(a).

Dated: November 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

2